# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

|  |  |
|---|---|
| **Arthur Cathcart, III,**<br><br>    Plaintiff,<br><br>v.<br><br>**Midland Credit Management, Inc., and**<br>**Bursey & Associates, P.C.,**<br><br>    Defendants. | No.  CV 2009-1446-PHX-NVW<br><br>ORDER |

Plaintiff and Defendants having stipulated to dismissal of this action with prejudice, and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this action with prejudice, each party to bear its own attorney's fees and costs.

DATED this 28th day of December, 2009.

_____
Neil V. Wake
United States District Judge